UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ELIZABETH WALKER,**

Plaintiff.

v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

Defendant.

CV No.: 3:15-cv-01239-HZ

ORDER FOR EAJA FEES

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees of $6,488.55 and costs in the amount of $400.00, for a total of $6,888.55, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. If it is determined that Plaintiff has debt subject to the Treasury Offset Program, then the check for the remaining funds after offset of the debt shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts

:::

:::

:::

to her attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

IT IS SO ORDERED.

DATED this __1__ day of __Sept__, 2016.

*Marco Hernandez*
Marco A. Hernandez
United States District Court Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff